PD-0093-15

PD-0093-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/21/2015 4:26:56 PM
Accepted 1/28/2015 9:30:39 AM
ABEL ACOSTA
CLERK

No. PD-_____

IN THE

## Court of Criminal Appeals
## At Austin

————————

# AARON FRANK DOMANGUEX,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

FILED IN
COURT OF CRIMINAL APPEALS

January 28, 2015

ABEL ACOSTA, CLERK

————————

Cause number 1388369
In the 262nd Judicial District Court
Of Harris County, Texas

Cause number No. 14-14-00122-CR
In the Court of Appeals for the Fourteenth Judicial
District

————————

# *Appellant's Motion for Extension of Time Within Which to file Petition for Discretionary Review*

————————

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

AARON FRANK DOMANGUEX, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his petition for discretionary review. In support of his motion, the appellant submits the following:

(A)    The appellant's petition for discretionary review is due on January 8, 2015….

(B)    The appellant seeks an extension of time to file the appellant's petition for discretionary review until, February 20, 2015.

(C)    The appellant relies upon the following facts to reasonably explain the need for an extension:

> Because of the undersigned's unexpected hospitalization due to a medical emergency, the undersigned was unable to complete the appellant's petition by January 8th and therefore requests more time to review the appellate opinion and prepare a petition for discretionary review.

(D)    No previous motion requesting an extension of time to file the appellant's petition for discretionary review has been requested or granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until February 20, 2015.

Respectfully submitted,

__/s/   Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that this document contains 302 words and on January 21, 2015, a copy of the foregoing was electronically served on the State of Texas.

__/s/   Kelly Smith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX  77206
281-734-0668
Kelly.A.Smith.06@gmail.com

*Counsel for the appellant*